1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  CHARLES J. LEE, Bar #221057
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: 559-487-5561/Fax: 559-487-5950
5
   Attorneys for Defendant
6  Steven Stitt

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No.  1:07-cr-00301-DAD

12                 Plaintiff,          STIPULATION AND ORDER TO CONTINUE
                                       SENTENCING HEARING
13  vs.
                                       DATE:   February 26, 2018
14  STEVEN STITT,                      TIME:   10:00 a.m.
                                       JUDGE: Hon. Dale A. Drozd
15                 Defendant.

16

17

18         IT IS HEREBY STIPULATED by and between the parties hereto, through their

19  respective counsel, that the sentencing hearing on this supervised release violation in the above-

20  captioned matter now set for January 16, 2018 may be continued to February 26, 2018 at 10:00

21  a.m.

22         This continuance is requested by the defense as it has requested Mr. Stitt's BOP records

23  several weeks ago and has not yet received the requested records.  Defense anticipates the

24  records to be voluminous and will need some time to review the records, which it believes will

25  be pertinent to its sentencing presentation.  The government has no objection to the requested

26  continuance.

27         As this is a sentencing hearing on a supervised release violation, no exclusion of time is

28  necessary under the Speedy Trial Act.

                                        1

Respectfully submitted,

McGregor Scott
United States Attorney

DATED: January 3, 2018          */s/ Brian Enos*
                                BRIAN ENOS
                                Assistant United States Attorney
                                Attorney for Plaintiff


                                HEATHER E. WILLIAMS
                                Federal Defender

DATED: January 3, 2018          */s/ Charles J. Lee*
                                CHARLES J. LEE
                                Assistant Federal Defender
                                Attorneys for Defendant
                                STEVEN STITT


## O R D E R

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for January 16, 2018, is continued until **March 5, 2018,** at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:   **January 4, 2018**            _____
                                        UNITED STATES DISTRICT JUDGE