| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA #122664 |
| | Federal Defender |
| 2 | CHARLES J. LEE, CA #221057 |
| | Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, CA 93721-2226 |
| 4 | Telephone: (559) 487-5561 |
| | Fax: (559) 487-5950 |
| 5 | |
| | Attorney for Defendant |
| 6 | STEVEN STITT |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:07-cr-00301-DAD |
|---|---|
| Plaintiff, | |
| vs. | WAIVER OF DEFENDANT's PERSONAL PRESENCE; [PROPOSED] ORDER |
| STEVEN STITT, | |
| Defendant. | |

Pursuant to Fed. R. Crim P. 43(b)(3), Defendant, Steven Stitt, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times. Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

Mr. Stitt currently lives in Bakersfield and is on a very limited, fixed income. He has a number of health problems which require him to use a wheelchair to travel any significant distance. Mr. Stitt does not drive and must either use public transportation or get a ride from his

family members who live some distance away.  Defense requests that Mr. Stitt's presence be waived to the extent practicable due to his financial and medical condition and the hardship that multiple trips to Fresno will present.  Defense counsel is in constant contact with Mr. Stitt and has never had any difficulties in communication with him.

Dated:   07/05/2018                     /s/ *Steven Stitt*
                                                       STEVEN STITT
                                                       Defendant

Dated:   07/05/2018                     /s/ *Charles J. Lee*
                                                       CHARLES J. LEE
                                                       Assistant Federal Defender
                                                       Attorneys for STEVEN STITT

## O R D E R

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

Dated**:   July 6, 2018**                     /s/ *Barbara A. McAuliffe*
                                                   UNITED STATES MAGISTRATE JUDGE

s