UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Stanley A. Boone
United States Magistrate Judge
Fresno, California

                                                               RE:   STEVEN STITT
                                                                          Docket Number:  0972 1:07CR00301
                                                                          <u>**REQUEST FOR DISMISSAL OF**</u>
                                                                          <u>**VIOLATION PETITION**</u>

Your Honor:

As stated in court during the June 24, 2019, status conference before Your Honor, Steven Stitt is in compliance with his terms and conditions of supervision and the Probation Office respectfully recommends the Probation Form 12C, Petition for Summons, filed on May 29, 2018, be dismissed.

                                        Respectfully submitted,

                                            /s/ Julie Martin

                                                Julie Martin
                                       Sr. United States Probation Officer

Dated:    July 1, 2019
               Bakersfield, California

---

## ORDER OF THE COURT

**The Court orders:**

☑ The dismissal of the violation petition filed on May 29, 2018.

**IT IS SO ORDERED**.

Dated:   **Jul 1, 2019**              /s/ Stanley A. Boone
                                           UNITED STATES MAGISTRATE JUDGE

CC:
United States Probation
Assistant United States Attorney
Defense Counsel

REV.  03/2017