PROB 35A DEATH (CAE ONLY)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date—Notice of Death**

# UNITED STATES DISTRICT COURT

FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Docket No:   0972 1:07CR00301-001 |
| ) | |
| Steven Stitt ) | |
| ) | |

On March 5, 2018, the above-named was sentenced to Supervised Release for a period of  96 months following a revocation.   Supervision commenced on March 5, 2018.

On March 1, 2021, this office was notified by the defendant's roommate that Steven Stitt was deceased, which was confirmed with a supervisor at Memorial Hospital on March 2, 2021 (copy of the notification is on file).   It is accordingly recommended this case be closed.

**Respectfully submitted,**                                          **Reviewed by,**

_____                        _____
**JULIE R. MARTIN**                                      **LONNIE E. STOCKTON**
**Sr. United States Probation Officer**        **Supervising United States Probation Officer**

**Dated:**    March 2, 2021
            Bakersfield, California
            JRM:jrm

1

**Re:     Steven Stitt**
**Docket Number:     0972 1:07CR00301-001**
**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date—Notice of Death**

---

## ORDER OF COURT

It appearing that Steven Stitt is deceased, it is hereby ordered the proceedings in this case be terminated and the case closed.

March 2, 2021

| | |
|---|---|
| **Date** | **Dale A. Drozd**<br>**United States District Judge** |

(Notification copy on file)

cc:     AUSA (NAME)—Brian Enos
        FLU Unit—United States Attorney's Office (victim notification and/or offender estate)
        Fiscal Clerk—Clerk's Office

Rev. 01/2021
PROB35A__REPORT AND ORDER TERMINATING SUPERVISION (EARLY DEATH)